DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCOTT R. LOVERNICK (State Bar No. 233755)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for Defendants
U.S. PARKING, INC. and
CIHAT ESREFOGLU

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM E. KURTCU, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. PARKING, INC., a corporation; CIHAT ESREFOGLU, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 08 2113<br><br>**NOTICE OF INTERESTED ENTITIES OR PERSONS** |

**TO THE CLERK OF THE FEDERAL COURT AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

Pursuant to Civil Local Rule 3-16, please take notice that the undersigned, counsel of record for Defendants U.S. PARKING, INC. and CIHAT ESREFOGLU certifies that the following listed parties are the only parties that, to counsel's knowledge, currently have a direct, pecuniary interest in the outcome of this case:

(1) Plaintiff Ibrahim E. Kurtcu;

(2) Defendant U.S. Parking, Inc.; and

(3) Defendant Cihat Esrefoglu.

1 | These representations are made to enable the Court to evaluate possible disqualification
2 | or recusal.

3 | DATED: April 23, 2008                    Respectfully submitted,

*[signature]*

DOUGLAS R. SCHWARTZ
PETRA M. REINECKE
SCOTT R. LOVERNICK
Attorney for Defendants
U.S. PARKING, INC. and
CIHAT ESREFOGLU