**PROOF OF SERVICE**
<u>Ibrahim E. Kurtcu v. U.S. Parking, Inc., et al.</u>

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 44 Montgomery Street, Suite 3850, San Francisco, CA 94104. On the date below, I served the following documents:

1. **CIVIL CASE COVER SHEET;**

2. **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 1441 AND 1446; AND**

3. **NOTICE OF INTERESTED ENTITIES OR PERSONS**

on the below-named parties and/or counsel of record by the manner indicated:

Jack E. Lee, Esq.                    *Attorneys for Plaintiff Ibrahim E. Kurtcu*
John Ota, Esq.
Minami Tamaki LLP
360 Post Street, 8th Floor
San Francisco, CA 94108

<u>XXX</u>   *U.S. Mail*, enclosed in sealed envelopes with First Class postage prepaid, and deposited for collection at San Francisco, California pursuant to ordinary business practices. I am readily familiar with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on April 23, 2008 at San Francisco, California.

_____
Du'Ana K. McGee

-1-
PROOF OF SERVICE