IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM KURTCU,<br><br>    Plaintiff,<br><br>  v.<br><br>US PARKING, INC., et al.,<br><br>    Defendant.<br>                                            / | No. C 08-02113 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment previously set for June 5, 2008 at 8:00 a.m. has been rescheduled for **June 5, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

     Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly**.**

Dated:  May 19, 2008                           FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        By:  /s/ Dawn Toland<br>
                                                             Dawn Toland<br>
                                                           Courtroom Deputy to the<br>
                                                            Honorable William Alsup

**United States District Court**
For the Northern District of California