IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM E. KURTCU, on behalf of himself and others similarly situated, | No. C 08-02113 WHA |
| Plaintiff, | |
| v. | **CANCELLATION OF ORAL ARGUMENT** |
| U.S. PARKING, INC., CIHAT ESREFOGLU, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Due to the large press of other business, including back-to-back trials, the motions set for June 5, 2008, will be decided on the papers without oral argument. If, however, any counsel sends a letter by **THURSDAY, JUNE 5, 2008, AT NOON**, saying that a young attorney (who has been four years or fewer out of law school) will argue the motion, the Court will find a different time to allow for oral argument and postpone ruling. Please do not ask for oral argument for associates with more experience than four years.

**IT IS SO ORDERED.**

Dated: June 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE