**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM E. KURTCU, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. PARKING, INC., CIHAT ESREFOGLU, and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. C 08-02113 WHA<br><br>**ORDER SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

The hearing on the pending motion to dismiss will be heard on **JUNE 10, 2008, AT 11:00AM**.

**IT IS SO ORDERED.**

Dated: June 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE