**SCHWARTZ & CERA LLP**
44 MONTGOMERY SUITE 3850 • SAN FRANCISCO, CA 94104
TEL 415.956.2600  Fax 415.438.2655
www.schwartz-cera.com

June 6, 2008

<u>*Via Electronic Filing and Overnight Delivery*</u>

Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue – Courtroom 9
San Francisco, CA 94102

      Re:    <u>*Ibrahim E. Kurtcu v. U.S. Parking, Inc. and Cihat Esrefoglu*</u>
             *Case Number: C 08-02113-WHA*

Dear Judge Alsup:

      We represent the defendants in the above-referenced case. We are in receipt of your June 4, 2008 Order Setting Hearing on Defendant's Motion to Dismiss to be heard on June 10, 2008 at 11:00 a.m. Please note that we are a small firm of six attorneys and the junior attorney has 5½ years of experience and the senior attorney, me, has 35 years of experience. Therefore, we write this letter to inform you that our firm does not have a young attorney (who has been four years or fewer out of law school) to argue the said motion. What can we do? Who can attend to oppose the argument of counsel for plaintiff?

      If you have any questions or concerns, please contact my office at (415) 956-2600. Otherwise, we thank you for your guidance.

                                          Regards,

                                          Douglas R. Schwartz

DRS/dkm

cc:    John Otto, Esq. *(via mail)*