UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 10, 2008

Case No.  C 08-02113 WHA

Title: IMBRAHIM KURTCU v. US PARKING

Plaintiff Attorneys: Lisa Scharbonneau; Jack W. Lee

Defense Attorneys: Scott Lovernick; Doug Schwartz

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Dft's Motion to Dismiss, or in the Alternative, for Summary Judgment - Submitted

2) _____

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**