JACK W. LEE, SBN 71626
JOHN OTA, SBN 195532
LISA CHARBONNEAU, SBN 245906
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887
jota@minamitamaki.com

DANIEL FEINBERG, SBN 135983
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Tel. (510) 839-6824
Fax (510) 839-7839
dfeinberg@lewisfeinberg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IBRAHIM E. KURTCU, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. PARKING, INC., a corporation; CIHAT ESREFOGLU, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CIVIL ACTION NO. C 08-02113-WHA<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Date: August 14, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br><br>Judge: The Honorable William H. Alsup |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

---

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

1. NOTICE IS HEREBY GIVEN that on August 14, 2008 at 8:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, CA 94102, in the courtroom of the Honorable William H. Alsup, plaintiff will and hereby does move the Court, pursuant to Rules 15(a) of the Federal Rules of Civil Procedure, for an Order granting plaintiff leave to amend his Complaint to substitute a new class representative, to add claims under the Employee Retirement Income Security Act (ERISA), and to dismiss without prejudice the claim under the Fair Labor Standards Act, as indicated in the Proposed First Amended Complaint, attached hereto.

2. This motion is brought on the grounds that Rule 15(a) requires that leave to amend be freely given when justice so requires; that justice and the well-established public policy favoring disposition of actions on their merits, require that plaintiff be allowed to amend his Complaint to substitute a new class representative and add claims under ERISA; that the dismissal without prejudice of the FLSA claim will simplify and streamline the action; there is no prejudice to defendant in granting plaintiff leave to amend; and that the amended complaint is not frivolous or made as a dilatory move in bad faith.

3. This motion is based on this Notice of Motion and Motion, Plaintiff's Memorandum of Points and Authorities in Support of Motion to Amend Complaint to File and Amended Complaint, the Proposed First Amended Complaint, other papers to be filed with the Court, all pleadings and papers on file in this action, and upon legal argument and other matters that may be presented to the Court before or at the time of the hearing.

///
///
///
///
///
///
///
///

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Dated: July 10, 2008

Respectfully submitted,

MINAMI TAMAKI LLP

By: _____
Lisa Charbonneau

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

Attorneys for Plaintiffs

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 3 -

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT