JACK W. LEE, SBN 71626
JOHN OTA, SBN 195532
LISA CHARBONNEAU, SBN 245906
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887
jota@minamitamaki.com

DANIEL FEINBERG, SBN 135983
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Tel. (510) 839-6824
Fax (510) 839-7839
dfeinberg@minamitamaki.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IBRAHIM E. KURTCU, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. PARKING, INC., a corporation; CIHAT ESREFOGLU, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CIVIL ACTION NO. C 08-02113-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** <br><br> Date: August 14, 2008 <br> Time: 8:00 a.m. <br> Courtroom: 9, 19th Floor <br><br> Judge: The Honorable William H. Alsup |

This matter came for hearing on August 14, 2008 at 8:00 a.m. in the above-captioned

---

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Court, before the Honorable William H. Alsup, on Plaintiffs' Motion for Leave to File an Amended Complaint. The parties were represented at the hearing by counsel.

The Court having considered the motion and the papers submitted in support of the motion, and having heard oral argument of the parties, **HEREBY ORDERS:**

1. Plaintiff's motion is granted in its entirety;
2. Plaintiff's proposed Amended Complaint is filed as of the date below. Defendants shall have 20 days from the date below to file a responsive pleading.
3. Ibrahim Kurtcu will participate in this action, if at all, as a class member and his outstanding individual claims will be determined as part of the class.

IT IS SO ORDERED.

Dated: _____, 2008

_____
THE HONORABLE WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE, NORTHERN CALIFORNIA

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT