**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM E. KURTCU, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. PARKING, INC., CIHAT ESREFOGLU, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 08-02113 WHA<br><br>**CANCELLATION OF ORAL ARGUMENT** |

Due to the large press of other business, the motion set for August 14, 2008, will be decided on the papers without oral argument. If, however, either counsel sends a letter by **MONDAY, AUGUST 11, 2008, AT NOON**, stating that a young attorney (who has been four years or fewer out of law school) will argue the motion, the Court will find a different time to allow for oral argument and postpone ruling. Please do not ask for oral argument for associates with more experience than four years.

**IT IS SO ORDERED.**

Dated: August 7, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE