**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 7, 2008

Case No. C08-2113 WHA

Title: Ibrahim E. Kurtcu v. US Parking Inc.

Plaintiff Attorneys:    John Ota

Defense Attorneys:    Petra Reinecke, Scott Lovenick

Deputy Clerk: Frank Justiliano

Court Reporter:    Sahar McVickar

**PROCEEDINGS**

1)    CMC -    Held.

2)

**ORDERED AFTER HEARING:**

The parties reported that the new proposed plaintiff wants to withdraw from the lawsuit.  The Court deemed the prior motion moot. Plaintiff is directed to file a new case and relate it to this case.   The current case will go forward without any new plaintiff.  Accordingly, the Court set dates and deadlines.  Scheduling order to be issued.
Case referred to ADR for mediation.